**LAURA CURRAN**
County Executive



**JARED A. KASSCHAU**
County Attorney

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

Writer's Telephone: (516) 571-3931
Writer's E-Mail: ctauster@nassaucountyny.gov

April 9, 2019

Hon. Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Whelan, et al. v. County of Nassau, et al.</u>
Docket No. 2:19-CV-82 (RRM)(RER)

Dear Judge Mauskopf,

The Office of the Nassau County Attorney represents the County of Nassau, Lieutenant James Brown, Sergeant Frank Discala, Lieutenant Ronald W. Giumenta, Lieutenant Thomas J. McGowan, Police Officer Robert D. Galgano, Police Officer Daniel P. Concannon, Police Officer Jeremy Sepulveda, Fire Marshal John B. Kelleher, Jr., Police Officer Alexander, and Police Officer Dilena, (hereinafter collectively the "County Defendants") in the above-referenced matter.

The Plaintiffs' original Complaint was filed on or about January 4, 2019. The County Defendants filed their Answer to the Plaintiffs' Complaint on March 4, 2019. The Plaintiffs then filed their Amended Complaint on or about March 20, 2019. Upon information and belief, the Plaintiffs did not seek consent from the undersigned, nor did they seek leave from this Honorable Court to file an Amended Complaint. Notwithstanding the foregoing, the County Defendants waive any objection they may have to the filing of Plaintiff's Amended Complaint and files the enclosed Answer to the Amended Complaint.

Thank you for your time and consideration.

Respectfully,

Callan Wright Tauster
Deputy County Attorney

Enc.

CC: Anthony M. LaPinta, Esq. *Attorney for Plaintiffs (Via ECF)*

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
516-571-3056, FAX 516-571-6684, 6604