# REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.
## - ATTORNEYS AT LAW -

| | |
|---|---|
| **200 VANDERBILT MOTOR PARKWAY** | **300 OLD COUNTRY ROAD** |
| **SUITE C-17** | **SUITE 341** |
| **HAUPPAUGE, NEW YORK 11788** | **MINEOLA, NEW YORK 11501** |
| | *(Correspondence to Hauppauge Office)* |

ANTHONY M. LA PINTA
JAMES T. REYNOLDS
PETER R. CARONIA (Ret.)
PAUL GIANELLI (Ret.)

MICHAEL E. FEHRINGER
KYLE O. WOOD

TEL: 631-231-1199
FAX: 631-300-4380

www.rcgllaw.com
www.lapintalaw.com

OF COUNSEL:

CHRISTOPHER J. PURCELL

**BY ECF**

October 27, 2021

The Honorable Eric N. Vitaliano
United States District Judge, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Whelan et al v. County of Nassau et al*
                CV 19-0082 (ENV)(RER)

Your Honor:

      This office represents the plaintiffs, Erin Whelan, Sarah Garcia, Danielle Read, Patrick Odierna, Brendan Lafferty and Martin Cheuk in the above referenced matter. Please accept this correspondence as the plaintiffs' request for a pretrial status conference.

      The parties appeared before Magistrate Judge Ramon E. Reyes, Jr. on February 27, 2020, where final discovery deadlines were established, and a schedule was set forth regarding the parties' joint pre-trial order and/or pre-motion letters. Subsequently, the parties' appeared again on May 5, 2020, where discovery was closed and a JPTO deadline was established. On May 29, 2020, a proposed pre-trial order was jointly submitted by the parties. [DE 35]

      At this time, plaintiffs' respectfully request that the matter be scheduled for a status conference convenient with the Court's calendar to discuss finalizing the JPTO and setting the matter down for trial.

      Please contact me if you need anything further to accommodate this request.

Respectfully submitted,

*Anthony M. La Pinta*
ANTHONY M. LAPINTA

cc:   All Parties (By ECF)